AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Matthew L. Jackson

|  |  |
|---|---|
| CASE NUMBER: | 08CV3339 |
| ASSIGNED JUDGE: | JUDGE GOTTSCHALL |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE BROWN |

V.

Jernberg Industries, Inc.

TO: (Name and address of Defendant)

Jernberg Industries, Inc.
c/o National Corporate Research LT
520 S. Second State St., Ste. 403
Springfield, IL 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave, Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**June 10, 2008**
_____
Date



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Matthew L. Jackson,                )
                                   )
v.                                 )
                                   ) 08 CV 3339
                                   )
Jernberg Industries, Inc.          )
                                   )

## AFFIDAVIT

I, _PHILIP CRAVENS_, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on _JUNE 12_ 2008 at _12 35 P_ M. I served this **Summons and Complaint** upon: **Jernberg Industries, Inc., c/o National Corporate Research LT** at 520 S. Second State, St., Ste. 403, Springfield, IL 62701 by serving:

Name: _BARB SMITH_

Title: _clerK_

Description: Sex: _F_, Race: _W_, Age: _30's_

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_Phil Cravens_
Process Server