**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Matthew L. Jackson<br>v.<br>Jernberg Industries, Inc. | Case Number: 08CV3339 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jernberg Industries, Inc.

| |
|---|
| NAME (Type or print)<br>Grace S. Ho |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Grace S. Ho |
| FIRM<br>Jenner & Block, LLP |
| STREET ADDRESS<br>330 N. Wabash Ave. |
| CITY/STATE/ZIP<br>Chicago |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293010 | TELEPHONE NUMBER<br>312-923-2869 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐