**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Matthew L. Jackson, ) | |
| ) | |
| Plaintiff, ) | No. 08CV3339 |
| ) | |
| vs. ) | Judge Gottschall |
| ) | |
| Jernberg Industries, Inc., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Jernberg Industries, Inc. ("Defendant"), by its attorneys Jenner & Block, LLP ("Jenner & Block"), moves this Court for the entry of an order extending the time for the Defendant to answer or otherwise plead to the Complaint by twenty-one days, from July 2, 2008, up to and including July 23, 2008.  In support of this motion, Defendant states as follows:

1. Plaintiff Matthew Jackson ("Plaintiff") filed the Complaint on June 10, 2008 alleging that Defendant interfered with the exercise of Plaintiff's rights under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2615.

2. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant is due to answer or otherwise plead to the Complaint on or before July 2, 2008.

3. Defendant's Human Resources Manager, Carol O'Bryan , who is essential to the Defendant's investigation of this case, is currently on vacation.

4. Defendant has spoken with Plaintiff's counsel regarding Ms. O'Bryan's absence. In light of the unavailability of Ms. O'Bryan, Plaintiff's counsel has agreed that Defendant may have an additional twenty-one days to answer or otherwise plead to Plaintiff's Complaint, up to and including July 23, 2008.

5. No party will be prejudiced if this Motion is granted.

6.    This Motion if being filed for good cause and not for purposes of delay.

WHEREFORE, Defendant Jernberg Industries, Inc. respectfully requests that the Court extend the date to answer or otherwise plead for an additional twenty-one days, from July 2, 2008 up to and including July 23, 2008.

Dated:  25 June 2008

Respectfully submitted,

Jernberg Industries, Inc.

By:   s/ Carla J. Rozycki
       One of Its Attorneys

Carla J. Rozycki (2409526)
Emma J. Sullivan (6269456)
Grace S. Ho  (6293010)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484