**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Matthew L. Jackson, ) | |
| ) | |
| Plaintiff, ) | No. 08CV3339 |
| ) | |
| vs. ) | Judge Gottschall |
| ) | |
| Jernberg Industries, Inc., ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Lorrie Peeters
     Caffarelli & Siegel Ltd.
     Two Prudential Plaza
     180 N. Stetson, Ste. 3150
     Chicago, IL 60601

PLEASE TAKE NOTICE that on Thursday, July 3, 2008, at 9:30 A.M., Defendants will appear before the Honorable Joan B. Gottschall, Room 2325, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Agreed Motion To Extend Time To Answer Or Otherwise Plead.

Dated:  25 June 2008                            Respectfully submitted,

                                                Jernberg Industries, Inc.


                                                By:   s/ Carla J. Rozycki
                                                      One of Its Attorneys

Carla J. Rozycki (2409526)
Emma J. Sullivan (6269456)
Grace S. Ho (6293010)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

I, Grace S. Ho, an attorney, certify that I have caused the Agreed Motion To Extend Time To Answer Or Otherwise Plead to be served by facsimile and U.S. Mail, this 25th day of June, 2008 upon:

>Lorrie Peeters
>Caffarelli & Siegel Ltd.
>Two Prudential Plaza
>180 N. Stetson, Ste. 3150
>Chicago, IL 60601

>s/Grace S. Ho
>Grace S. Ho