**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Matthew L. Jackson
       Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03339
　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Jernberg Industries, Inc.
       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 3, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall:Agreed motion by Defendant for extension of time to answer or otherwise plead up to and including 7/23/08 [12] is granted. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.