IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08CV3339 |
| vs. ) | |
| ) | JUDGE GOTTSCHALL |
| JERNBERG INDUSTRIES, INC. ) | |
| ) | MAGISTRATE JUDGE BROWN |
| Defendants. ) | |

**DISCLOSURE STATEMENT PURSUANT TO RULE 3.2**

Pursuant to Local Rule 3.2 of the Northern District of Illinois, Eastern Division, Defendant Jernberg Industries Incorporated states that it is a wholly-owned subsidiary of Jernberg Holdings Incorporated. No other publicly-traded company owns 5% or more of Jernberg Industries Incorporated's stock.

Dated: July 23, 2008

Respectfully submitted,

Jernberg Industries, Inc.

By: s/Carla J. Rozycki_____
One of its Attorneys

Carla J. Rozycki (2409526)
Emma J. Sullivan (6269456)
Grace S. Ho (6293010)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484