IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW L. JACKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08CV3339 |
| vs. | ) | |
| | ) | JUDGE GOTTSCHALL |
| JERNBERG INDUSTRIES, INC. | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

To:  Alejandro Caffarelli                Lorraine Peeters
     Caffarelli & Siegel Ltd.             Caffarelli & Siegel Ltd.
     Two Prudential Plaza                 Two Prudential Plaza
     180 N. Stetson, Suite 3150           180 N. Stetson, Suite 3150
     Chicago, IL 60601                    Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 23rd day of July 2008, I filed in the District Court of Illinois, Northern District, Eastern Division, Defendant Jernberg Industries, Inc's Disclosure Statement Pursuant to Rule 3.2 and Jernberg Industries, Inc.'s Answer and Affirmative and Additional Defenses, copies of which are attached and hereby served upon you.

Dated: July 23, 2008                     Respectfully submitted,

                                          Jernberg Industries, Inc.

                                          By:    s/Grace S. Ho_____
                                                 One of its Attorneys

Carla J. Rozycki (2409526)
Emma J. Sullivan (6269456)
Grace S. Ho (6293010)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484

## **CERTIFICATE OF SERVICE**

I, Grace S. Ho, an attorney, certify that I have caused Jernberg Industries, Inc.'s Disclosure Statement Pursuant to Rule 3.2 and Jernberg Industries, Inc.'s Answer and Affirmative and Additional Defenses to be served by facsimile and U.S. Mail, this 23rd day of July, 2008 upon:

| | |
|---|---|
| Alejandro Caffarelli | Lorraine Peeters |
| Caffarelli & Siegel Ltd. | Caffarelli & Siegel Ltd. |
| Two Prudential Plaza | Two Prudential Plaza |
| 180 N. Stetson, Suite 3150 | 180 N. Stetson, Suite 3150 |
| Chicago, IL 60601 | Chicago, IL 60601 |

s/Grace S. Ho_____
Grace S. Ho