**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MATTHEW L. JACKSON, | Case No. 08 cv 3339 |
| Plaintiff, | |
| v. | **Judge Gottschall** <br> Magistrate Judge Brown |
| JERNBERG INDUSTRIES, INC., | |
| Defendant. | **Plaintiff Demands <br> Trial by Jury** |

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE
TO FILE ITS AMENDED COMPLAINT**

To:   Carla Rozycki, Esq.
      Emma Sullivan, Esq.
      Grace Ho, Esq.
      Jenner & Block LLP
      330 N. Wabash Ave.
      Chicago, IL 60611

PLEASE TAKE NOTICE that on August 11, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Motion for Leave to File Its Amended Complaint, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Gottschall, or any judge sitting in her stead, in the courtroom usually occupied by her in the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, IL, on the 14th day of August, 2008, at 9:30 a.m., the same date and time at which the parties are already scheduled to appear before the Court for a status hearing.

| | |
|---|---|
| Dated: August 11, 2008 | Respectfully submitted, |
| Alejandro Caffarelli, #06239078 <br> Lorraine T. Peeters, #06290434 <br> Caffarelli & Siegel Ltd. <br> Two Prudential Plaza <br> 180 North Stetson Ste. 3150 <br> Chicago, IL  60601 <br> Tel. (312) 540-1230 <br> Fax (312) 540-1231 | MATTHEW L. JACKSON <br><br><br> By: /s/ Alejandro Caffarelli___ <br>     Attorney for Plaintiff |