## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Matthew L. Jackson

                        Plaintiff,

v.                                                             Case No.: 1:08−cv−03339
                                                                 Honorable Joan B. Gottschall

Jernberg Industries, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:MOTION by Plaintiff Matthew L. Jackson to amend/correct complaint [18] is granted; Defendant to answer or otherwise plead on or before 9/2/2008. Status hearing held on 8/13/2008; ( Status hearing set for 10/8/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.