IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08CV3339 |
| | ) | |
| vs. | ) | JUDGE GOTTSCHALL |
| | ) | |
| JERNBERG INDUSTRIES, INC., | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:  Alejandro Caffarelli            Lorraine Peeters
     Caffarelli & Siegel Ltd.         Caffarelli & Siegel Ltd.
     Two Prudential Plaza             Two Prudential Plaza
     180 N. Stetson, Suite 3150       180 N. Stetson, Suite 3150
     Chicago, IL 60601                Chicago, IL 60601

**PLEASE TAKE NOTICE** that on the 2nd day of September 2008, I filed in the District Court of Illinois, Northern District, Eastern Division, Defendant Jernberg Industries, Inc's Answer to Plaintiff's First Amended Complaint and Affirmative and Additional Defenses, a copy of which is attached and hereby served upon you.

Dated: September 2, 2008            Respectfully submitted,

                                    Jernberg Industries, Inc.

                                    By:   s/Grace S. Ho
                                          One of its Attorneys

Carla J. Rozycki (2409526)
Emma J. Sullivan (6269456)
Grace S. Ho (6293010)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Telephone: 312 222-9350
Facsimile: 312 527-0484